# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2020 KW 1020

VERSUS

CHRISTOPHER GAUDET

**JANUARY 14, 2021**

---

In Re:   Christopher Gaudet, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 541,211.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED.** The filing and pursuit of pretrial motions is squarely within the ambit of the attorney's trial strategy, and counsel is not required to engage in efforts of futility. **State v. Shed**, 36,321 (La. App. 2d Cir. 9/18/02), 828 So.2d 124, 132, writ denied, 2002-3123 (La. 12/19/03), 861 So.2d 561. Furthermore, the testimony of the victim alone is sufficient to prove the elements of the offense. See **State v. Rives**, 407 So.2d 1195, 1197 (La. 1981). In light of the victims' testimony in this case, relator failed to meet his burden of showing trial counsel's decision not to request a DNA swab examination was deficient conduct. Therefore, the district court did not abuse its discretion by dismissing relator's application for postconviction relief without an evidentiary hearing.

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT